The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAWNELL LEADBETTER, individually and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CABLE COMMUNICATIONS, INC., d/b/a COMCAST CABLE, SETTLEMENT SUPPORT CENTER, LLC,<br><br>　　　　　　Defendants. | No. C05-0892 RSM<br><br>STIPULATED ORDER REGARDING SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT |

　　　Defendants plan to file motions to dismiss the Amended Complaint. The parties, through their undersigned counsel of record, hereby stipulate that the defendants shall have to and including June 9, 2005 to file motions to dismiss or otherwise respond to the Complaint.

　　　DATED this 6th day of June, 2005.

| | |
|---|---|
| Lybeck Murphy, LLP<br>Attorneys for Plaintiff Dawnell Leadbetter | Miller Nash LLP<br>Attorneys for Defendant Comcast Cable Communications, Inc. |
| By  s/Lory R. Lybeck<br>　　Lory R. Lybeck<br>　　WSBA #14222 | By  s/Brooks Elliott Harlow<br>　　Brooks Elliott Harlow<br>　　WSBA #11843 |
| Per email authorization | Per email authorization |

STIPULATED ORDER
 (C05-0892) — 1

SEA 1649456v1 68759-1

1  Davis Wright Tremaine, LLP
   Attorneys for Defendant Settlement Support Center, LLC
2

3

4  By  s/Stuart R. Dunwoody
      Stuart R. Dunwoody
      WSBA #13948
5                    **ORDER**

6       It is so ORDERED.

7       DATED this  8th  day of  June , 2005.

8

9                                    /s/  Ricardo S. Martinez
                                     RICARDO S. MARTINEZ
10                                   UNITED STATES DISTRICT JUDGE

11 Presented by:

12 Davis Wright Tremaine, LLP
   Attorneys for Defendant Settlement Support Center, LLC
13

14

15 By  s/Stuart R. Dunwoody
      Stuart R. Dunwoody
      WSBA #13948
16

17 Tel:  (206) 628-7649
   Fax:  (206) 903-3849
   Email:  stuartdunwoody@dwt.com
18

19

20

21

22

23

STIPULATED ORDER
 (C05-0892) — 2
SEA 1649456v1 68759-1

1  Consent to Entry:

2  Lybeck Murphy, LLP
   Attorneys for Plaintiff Dawnell Leadbetter
3

4

5  By  s/Lory R. Lybeck
       Lory R. Lybeck
       WSBA #14222
6

7  Per email authorization

8  Tel:  (206) 230-4255
   Fax:  (206) 230-7791
   Email:  lrl@lybeckmurphy.com
9

10 Miller Nash LLP
   Attorneys for Defendant Comcast Cable Communications, Inc.

11

12 By  s/Brooks Elliott Harlow
       Brooks Elliott Harlow
13     WSBA #11843

14 Tel:  (206) 622-8484
   Fax:  (206) 622-7485
15 Email:  brooks.harlow@millernash.com

16 Per email authorization

17

18

19

20

21

22

23

STIPULATED ORDER
 (C05-0892) — 3
SEA 1649456v1 68759-1